STATE OF CONNECTICUT *v.* TIMOTHY BARTON

The state of Connecticut's amended petition for certification for appeal from the Appellate Court, 22 Conn. App. 62, is granted, limited to the following issues:

"1. Should this court's holding in *State* v. *Kimbro,* 197 Conn. 219, be reconsidered?

"2. Did the Appellate Court correctly determine that the affidavit failed to support a finding of probable cause?"

*Susan C. Marks,* assistant state's attorney, in support of the petition.

*Walter H. Scanlon,* in opposition.

Decided September 18, 1990

NORTHERN HOMES DISTRIBUTORS, INC., ET AL. *v.* ELAINE B. GROSCH

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 93, is granted, limited to the following issues:

"1. Should the Appellate Court have affirmed the dismissal of the defendant's counterclaims against the plaintiff Northern Homes Distributors, Inc., on the ground that the same claims were raised in a prior pending action brought by the defendant against the other plaintiffs involved in the transaction from which this litigation arose?

"2. Should the Appellate Court have affirmed the dismissal of the counterclaim against the plaintiff Donald Ghent as the 'alter ego or instrumentality' of the plaintiff Northern Homes Distributors, Inc., which was not raised in the prior pending action?"

*Michael A. D'Amico,* in support of the petition.

Decided September 18, 1990